Edwin S. Coombs, appellant, v. John Rowland, appellee.
Action to recover farm rent. Judgment for defendant. Appeal from the Circuit Court of Hancock county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.
Clyde P. Johnson and Mack & Mack, for appellant. O'Harras, Wood & Walker, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

Frank M. McGowan, appellee, v. Alonzo H. Barth, appellant.
Action of forcible entry and detainer on ground of forfeiture because of use of premises for gambling. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.
Edmund Burke, A. M. Fitzgerald and Harleigh H. Hartman, for appellant. Alonzo Hoff, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

John M. Merrick, appellant, v. Sangamon Loan & Trust Company, conservator, appellee.
Appeal from a judgment overruling objection to the allowance of an attorney's fee. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.
William E. Fain, for appellant. Brown, Hay & Creighton, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

Charles Woodworth, appellee, v. William Murray, appellant.
Action to recover amount due for corn sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.
Manford Savage, for appellant. Little & Finfrock, for appellee.
Mr. Justice Graves delivered the opinion of the court.

George D. Corwine, Sr., trustee, appellee, v. Lillie E. Russell, appellant.
Action in forcible entry and detainer for nonpayment of rent. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of fact. Opinion filed October 27, 1920. Certiorari denied by Supreme Court (making opinion final).
Covey & Woods, for appellant. Beach & Trapp and McCormick & Murphy, for appellee.
Mr. Justice Graves delivered the opinion of the court.